NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

In re: **SLEEP NUMBER CORPORATION,**
*Appellant*

2024-1029

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 15/391,117.

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

October 25, 2023
    Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** October 25, 2023